**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**REGINALD LAWSON,**

**Defendant.**

**CASE NO. 2:26-PO-00078**

**MAGISTRATE JUDGE JOLSON**

---

**ORDER**

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case is **DISMISSED**.

s/ Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

11/20/2026
**DATE**